# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| DEREK BADE | No. 265 MAL 2016 |
| v. | Petition for Allowance of Appeal from the Order of the Superior Court |
| ROBERTO PICONE I/T/A LA DOLCE CASA T/A DIMAGGIO'S; CESARE PICONE I/T/A LA DOLCE CASA T/A DIMAGGIO'S; MATTHEW W. JONES I/T/A LA DOLCE CASA T/A DIMAGGIO'S; ALFONSO PICONE I/T/A LA DOCLE CASA T/A DIMAGGIO'S; SALVATORE PICONE I/T/A LA DOLCE CASA T/A DIMAGGIO'S; MARIA PICONE I/T/A LA DOLCE CASA T/A DIMAGGIO'S; JOSEPHINE PICONE I/T/A LA DOLCE CASA T/A DIMAGGIO'S; ELEONORA PICONE I/T/A LA DOLCE CASA T/A DIMAGGIO'S; JOSH MOYER; ALFONSO DIFIORE (D/B: 6/21/87) A/K/A LITTLE ALFIE; ALFONSO DIFIORE (D/B 7/23/66); PATRICIA DIFIORE; AND DIMAGGIO'S PIZZA, INC. C/O CESARE PICONE, PRESIDENT | |
| v. | |
| CHANITA GUERRERO | |
| DEREK BADE | |
| v. | |
| CHANITA GUERRO | |
| PETITION OF: DEREK BADE | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.